```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
              -against-                    :
                                           :
JOMAR CRESPO,                              :       1:24-cr-412-GHW-2
                                           :
              Defendant.                   :       ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2025

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on April 7, 2025 at 3:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Crespo and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: March 31, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge